**Order filed December 6, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00208-CV
_____

### GAIL G. WOOD, Appellant

### V.

### WILLIAM DIMITRIOUS WOOD, Appellee

**On Appeal from the 310th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-52199**

## O R D E R

Appellant's brief was due November 26, 2018**.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **January 3, 2019**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM